No. 11–9844. JACKSON *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL.; and

No. 11–9845. JOHNSON *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–9847. LIRA *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11–9856. POOLE *v.* CARTERET COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9868. ANDREW D., A MINOR *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 11–9870. BLACKMAN *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 11–9879. BROOKS *v.* WHIRLPOOL CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–9932. COLEMAN *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.

No. 11–9989. PETWAY *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 11–9991. BRAXTON *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–10015. RUELAS *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10029. QUINTON *v.* CLAY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10054. BUCKMAN *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 11–10085. MARQUEZ *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari denied.